No. 86–362. HOUSE OF WHEAT ET AL. *v.* WRIGHT ET AL. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 86–404. WHALEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–442. AIR LINE EMPLOYEES ASSN., INTERNATIONAL *v.* REPUBLIC AIRLINES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–485. MAYNARD, WARDEN *v.* BOWEN. C. A. 10th Cir. Certiorari denied.

No. 86–486. COHEN, SECRETARY, PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, ET AL. *v.* CLARK. C. A. 3d Cir. Certiorari denied.

No. 86–488. POWELL *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 86–494. STORY *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 86–498. GILMORE *v.* ZIMMERMAN, ATTORNEY GENERAL OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 86–508. MASTROPIETRO *v.* MASTROPIETRO. Super. Ct. N. J., App. Div. Certiorari denied.

No. 86–515. JUDY'S FOODS, INC., ET AL. *v.* A & B FOOD SERVICES CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–517. BOLES *v.* ELLIS ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–519. SCHIAVONE CONSTRUCTION CO. ET AL. *v.* MEROLA, DISTRICT ATTORNEY OF BRONX COUNTY, NEW YORK. C. A. D. C. Cir. Certiorari denied.

No. 86–535. LEE *v.* UNION ELECTRIC CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–605. KEVAL *v.* WEINBERGER, SECRETARY OF DEFENSE. C. A. 4th Cir. Certiorari denied.